IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ANNEX KB CO, INC. | |
|---|---|
| Plaintiff, | Civil Action |
| | No. 2:17-CV-07922-CCC-SCM |
| v. | |
| PS GROUP, LLC, GRACE SEO & EDWARD PARK, | |
| Defendants. | |

## ORDER & JUDGMENT

NOW, this 29th day of May, 2019, upon consideration of Plaintiff Annex KB Co., Inc.'s Motion to Enter Damages Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and any responses thereto, it is **ORDERED** that the Motion is **GRANTED**. Judgment is hereby entered against Defendants PS Group, LLC, Grace Seo, and Edward Park, jointly and severally, in the amount of $76,482.11.

BY THE COURT:

CLAIRE C. CECCHI, U.S.D.J.

357213v2